General Complaint Form for Pro Se Litigants

FILED
2016 OCT -3 P 2:25
U.S. DISTRICT C...
N.D. OF ALA...

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

Lakisha R. Thomas (Lakeitha R. Thomas)

_____

CV-16-TMP-1627-W

(Enter above the full names(s) of the
plaintiff(s) in this action.)

vs.

United States Copyright Office

_____

_____

(Enter above the full name(s) of the
defendant(s) in this action.)

1. At all times hereinafter mentioned, plaintiff was and still is a resident of _____

Tuscaloosa, Alabama _____. Plaintiff resides at

_____.

2. Defendant U.S. Copyright Office _____ is a corporation

incorporated under the laws of Copyright Law _____ and has a main

office at Washington, D.C. _____ and is licensed to do business

in United States of America. Defendant's official business address

is U.S. Copyright Office 101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

OR

Defendant _____

is a United States government agency.

OR

Defendant _____

is a state agency.

OR

Defendant _____ is a resident of

_____. Defendant resides at _____

_____

3. The jurisdiction of this court is invoked pursuant to _____

_____. (List statutes.)

4. Statement of Claim

State here, as briefly as possible the FACTS of your case. Describe how each defendant is involved. Include, also the names of other persons involved, dates and places. Do not give any legal arguments. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets if necessary.

Norme singer used Name

All artist singers and record labels

for example, YouTube,

All Radio Broadcasts, such as IHeartRadio

Year 1985 - 2016

5. Relief

State briefly exactly what you want the court to do for you. Do not make legal arguments.

Reimburse ent.
Take off the Radio Broadcasting
Give Money Claims from ent

Date

(___)534-39__
Telephone Number

_____
FAX Number (If Available)

_____
Signature of Plaintiff

Lakisha R. Thomas
Name (Please Print)

1431 Carriage Lane East
Street Address

Tuscaloosa, Alabama 35404
City, State                          Zip Code

3

NOTE: Pro se litigants must keep the Clerk of the Court informed of their correct address and telephone number during the entire lawsuit. Failure to do so is grounds for dismissal of the case.

### OPTIONAL REQUEST FOR SERVICE OF PROCESS BY CLERK

Plaintiffs who have paid the filing fee may request the Clerk of Court to perfect service of process by certified mail by indicating below. Plaintiffs must provide service copies of the complaint, prepared summonses and pre-paid envelopes made returnable to the Clerk of Court.

NOTE: Certified mail service by the Clerk of Court on federal defendants is NOT AN OPTION for plaintiffs who pay the filing fee.

*[signature]*
Signature of Plaintiff

Dated: Sept. 30, 2016

7/14/06

4